## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARETT R. JENKINS, JR., | DOCKET NO.: |
| Plaintiff, | A CIVIL ACTION |
| v. | |
| MICROBILT CORPORATION, | |
| Defendant. | |

### DEFENDANT'S RULE 7.1 DISCLOSURES

Defendant MicroBilt Corporation ("MicroBilt"), pursuant to Federal Rule of Civil Procedure 7.1, hereby makes the following disclosures:

1.	MicroBilt, a nongovernmental corporate party in the above listed civil action, has the following parent corporation(s) and publicly held corporation(s) that own(s) 10% or more of its stock: None.

Dated: June 2, 2025

Respectfully submitted,

SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.

By:	/s/ Bruce S. Luckman
Bruce S. Luckman
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: 856-662-0700
Facsimile: 856-488-4744

*Attorneys for Defendant MicroBilt Corporation*

4054131.1