UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Jarrett R. Jenkins,

                Plaintiff,

                                                            Case No. 2:25-cv-03055-NCM-ST

        -against-

Microbilt Corporation.,

                Defendant,
-----------------------------------------------------------X

**PLAINTIFF'S LOCAL RULE 56.1 COUNTER-STATEMENT OF MATERIAL FACTS**

      Pursuant to the Court's January 6, 2026, Order, Plaintiff submits the following Rule 56.1 Counter-Statement of Material Facts.

      Pursuant to Local Rule 56.1, Plaintiff responds to Defendant's Statement of Material Facts as follows.  Any allegation not expressly admitted is denied.

**Defendant's ¶ 1**: Paper discovery in this matter is closed and there is no discovery or discovery related motion pending. Declaration of Bruce S. Luckman, ¶6. "Luckman Decl., ¶__".

**Response:**

Disputed.

**Defendant's ¶ 2:** The following pleadings and exhibits are true and correct copies from the docket of the Supreme Court of the State of New York, County of Nassau, in an action captions: Fox Capital Group, Inc. v. Tate LLC, DDT Consultants, Inc and Jarrett R. Jenkins, Index No. 611355/2023:

    a) Summons and Complaint, Exhibit "a" to Luckman Decl. ¶7;
    b) Complaint Exhibit "A", Future Receivables Sale and Purchase Agreement, Exhibit "b" to Luckman Decl. ¶7; and
    c) Judgment, Exhibit "c" to Luckman Decl, ¶7

**Response:**

Disputed.

**Defendant's ¶ 3:** Exhibit "A" to the Fox Capital Complaint against Plaintiff and his company is the Contract underlying that lawsuit. Luckman Decl., ¶7(b). That document contains Plaintiff's authorization to Fox Capital and its agents to obtain consumer reports and credit history in connection with the agreement. See provisions: 1.12 and 1.5, 1.5.1. thereto. Id.

**Response:**

Disputed.

**Defendant's ¶ 4:** Exhibit "c" to the Luckman Decl, ¶7, is the December 2, 2024 $62,211.18 Judgment in favor of Fox Capital and against Plaintiff and his companies.

**Response:**

Disputed.

**Defendant's ¶ 5:** MicroBilt's consumer report reseller customers undergo a rigorous credentialing process before being onboarded as a customer with access to consumer reports. Declaration of Walter Wojciechowski, ¶¶3-4 ("Wojciehowski Decl, ¶__";

**Response:**

Disputed.

**Defendant's ¶ 6:** Alliance Title Services ("ATS") is a credentialed MicroBilt Customer. Id. at ¶6. The application and credentialing process materials, including an onsite inspection and MicroBilt User License Agreement are attached to the Wojciechowski Decl. Id. at ¶¶6-7, with Exhibits;

**Response:**

Disputed.

**Defendant's ¶ 7:** "Soft inquiries" are only viewed by the subject of the report and such inquiries are not used to create credit scores. Id. at ¶¶12 – 13.

**Response:**

Disputed.

**Defendant's ¶ 8:** ATS obtained the Equifax report concerning Plaintiff in connection with collection risk analysis for Fox Capital and its lender, Wells Fargo. Id. at 14.

**Response:**

Disputed.

January 7, 2026

                                                Respectfully submitted,

                                                /*s*/Jarrett R. Jenkins_____
                                                Jarrett R. Jenkins, Plaintiff
                                                334 Locust Street, Apt. 1
                                                West Hempstead, NY 11552
                                                516-688-0078
                                                jrobertjenkins@gmail.com

**CERTIFICATE OF SERVICE**

January 7, 2026

Jarrett R. Jenkins
334 Locust Street, Apt. 1
West Hempstead, NY 11552
516-688-0078
jrobertjenkins@gmail.com

I hereby certify under the penalty of perjury that on January 7, 2026, I served a copy of the foregoing Plaintiff's Local Rule 56.1 Counter-Statement of Material Facts by USPS First-Class Mail to Defendant MicroBilt's attorney, Bruce S. Luckman of Sherman Silverstein at 308 Harper Drive, Suite 200, Moorestown, NJ 08057.

                                                                /*s*/Jarrett R. Jenkins
                                                                 Jarrett R. Jenkins (Plaintiff)