**((IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JARRET JENKINS,<br>    Plaintiff,<br>v.<br>MICROBILT CORPORATION,<br>    Defendant. | Case No.: 2:25-cv-03055 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law dated February 4, 2026 and the accompanying Declarations of Bruce S. Luckman, Esquire and Walter Wochiekowski and upon all prior papers and proceedings attached thereto, Defendant will move this Court for an Order dismissing the complaint of Plaintiff pursuant to Fed. R. Civ. Proc. 56 and, for and granting such other and further relief as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, are required to be served upon the undersigned on or before March 9, 2026 per order of the Court dated January 6, 2026.

Dated: February 4, 2026

Respectfully submitted,

/s/ *Bruce S. Luckman*
Bruce S. Luckman (BL – 3461)
bluckman@shermansilverstein.com
Sherman, Silverstein, Kohl, Rose,
& Podolsky, P.A.
308 Harper Drive, #200
Moorestown, NJ  08057
Telephone:    (856) 662-0700

4328144.1