## CERTIFICATE OF SERVICE

I, Bruce S. Luckman, hereby certify that a true and correct copy of Defendant MicroBilt Corporation's Memorandum of Law in Support of Motion for Summary Judgment was served on the following by Certified Mail, Regular Mail and E-mail to:

Jarrett R. Jenkins
334 Locust Street, Apt. 1
West Hempstead, NY 11552
email: jrobertjenkins@gmail.com
*Plaintiff*

Date: February 4, 2026

/s/ Bruce S. Luckman
Bruce Luckman, Esquire (BL-3461)
Sherman, Silverstein, Kohl,
Rose & Podolsky
308 Harper Drive – Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
Facsimile: (856) 488-4744
Bluckman@shermansilverstein.com

*Attorneys for Defendant, MicroBilt Corporation*

4327386.14327386.1