SHERMAN SILVERSTEIN
ATTORNEYS AT LAW

Bruce S. Luckman, Esq. (PA&CT Bars Also)
Direct Dial 856.663.1503
Direct Fax 856.662.0165
bluckman@shermansilverstein.com

October 23, 2026

**Via ECF Filing Only**
Hon. Natasha C. Merle, District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East, Courtroom 2F North
Brooklyn, NY 11201

**Re: Status Letter**
**Jarrett R. Jenkins v. MicroBilt Corporation**
**Case No. 2:25-cv-03055**

Dear Judge Merle:

I represent Defendant, MicroBilt Corporation. As you know, on July 16, 2026, MicroBilt filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District in New Jersey, captioned *In re MicroBilt Corp.*, Case No. 26-18129. (See Notice, Dkt #37)

Pursuant to your July 23, 2026, Text Order, I respectfully provide the following status report: ***Debtor is working diligently on a plan of reorganization.***

Thank you for your attention to this matter.

Respectfully,
SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.
A Professional Corporation

BRUCE S. LUCKMAN

BSL/jb

cc: Jarrett Jenkins (via ecf and email)